IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARRIUS CLINTON, | ) |
|               Plaintiff, | ) |
| v. | ) No. 22 CV 2528 |
| CITY OF CHICAGO and JACOB GARZA, Star #9349, | ) |
|               Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, PARRIUS CLINTON, by and through his counsel, SAMUELS & ASSOCIATES, LTD., and complaining of the defendants, CITY OF CHICAGO and JACOB GARZA, Star #9349, states as follows:

### INTRODUCTION

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of rights secured by the Constitution and laws of the United States.

### JURISDICTION

1. This action is brought pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States.

3. Pendent jurisdiction as provided under 28 U.S.C. § 1367(a).

## PARTIES

4. Plaintiff PARRIUS CLINTON is a citizen of the United States of America, who, at all times relevant, resided in Cook County, Illinois.

5. Defendant JACOB GARZA, Star #9349 ("Defendant Officer") was, at the time of this occurrence, a duly licensed Chicago Police Officer. He engaged in the conduct complained of in the course and scope of his employment and under color of law. He is sued in his individual capacity.

6. Defendant CITY OF CHICAGO("City") is a municipal corporation duly incorporated under the laws of the State of Illinois, and is the employer and principal of Defendant Officer.

## FACTS

7. On or around 6 June 2020, Parrius Clinton exited a house and was walking down the sidewalk when he was stopped by Defendant Garza.

8. Plaintiff's stop was made without a reasonable and articulable suspicion. Defendant Garza did not believe Plaintiff had committed a crime, was committing a crime, or was about to commit a crime at the time that he stopped Plaintiff.

9. Defendant Garza did not fear for his life or safety, and did not believe that Plaintiff had a weapon on him.

10. Nevertheless, Defendant Garza conducted a pat down of Plaintiff.

11. A weapon was recovered.

12. Because the search of Plaintiff occurred without a reasonable and articulable suspicion, he was arrested and charged without genuine probable cause.

13. As a result of Defendant Garza's misconduct, Parrius was confined at Cook County Jail.

14. During his time incarcerated, Parrius missed the birth of his first child and attempted suicide.

15. On 25 August 2021, the trial court granted a motion to quash arrest and all charges against him were dismissed.

16. The acts of Defendant Officer were intentional, willful, and wanton.

17. As a direct and proximate result of the unlawful actions of the defendants, Plaintiff was injured, including physical injuries, pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of their constitutional rights and dignity, interference with a normal life, lost time, and attorneys' fees.

## COUNT I: 42 U.S.C. § 1983 – Illegal Search and Seizure

18. Plaintiff re-alleges the above paragraphs as though fully set forth herein.

19. The search and seizure of Plaintiff's person performed willfully and wantonly by Defendant Officer, as detailed above, were in violation of Plaintiff's right to be free from unreasonable searches and seizures under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. §1983.

20. As a direct and proximate result of the above-detailed actions of the defendants, Plaintiff was injured, including the deprivation of his liberty and the taking of his

person and property. In addition, the violations proximately caused Plaintiff to suffer, without limitation, pain, suffering, humiliation, emotional distress, mental anguish, exposed him to public scandal and disgrace, and financial loss.

WHEREFORE the Plaintiff, PARRIUS CLINTON, purusant to 42 U.S.C. §1983, demands judgment against the Defendant, JACOB GARZA, Star #9349, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT II: 42 U.S.C. § 1983 – False Arrest

21. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

22. The actions of Defendant Officer, described above, knowingly caused Plaintiff to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

23. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of his liberty and the taking of his person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed him to public scandal and disgrace, and caused him to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, PARRIUS CLINTON, purusant to 42 U.S.C. §1983, demand judgment against the Defendant, JACOB GARZA, Star #9349, for

compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT III: 42 U.S.C. § 1983 – Unlawful Pretrial Detention

24. Plaintiff realleges each of the foregoing paragraphs as though fully set forth here.

25. In the manner described more fully above, the Defendant used illegally obtained evidence to accuse Plaintiff of criminal activity and detain him without genuine probable cause.

26. In so doing, the Defendant caused Plaintiff to be deprived of his liberty and detained without probable cause in violation of his rights secured by the Fourth and Fourteenth Amendments.

27. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally, with reckless indifference to the rights of others.

28. As a result of the Defendant's misconduct, Plaintiff suffered loss of liberty, great emotional pain and suffering, and other grievous and continuing injuries and damages.

WHEREFORE the Plaintiff, PARRIUS CLINTON, purusant to 42 U.S.C. §1983, demand judgment against the Defendant, JACOB GARZA, Star #9349, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT IV: 745 ILCS 10/9-102 – Indemnification

29. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

30. Defendant City of Chicago is the employer of the Defendant Officer.

31. Defendant Officer committed the acts alleged above under color of law and in the scope of their employment as employees of the City of Chicago.

WHEREFORE the Plaintiff, PARRIUS CLINTON, demands that, should any Defendant Officer be found liable on one or more of the claims set forth above, pursuant to 745 ILCS 10/9-102, the Defendant, CITY OF CHICAGO, be found liable for any judgment Plaintiff obtains, as well as attorney's fees and costs awarded.

### COUNT V: Malicious Prosecution

32. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

33. By the actions detailed above, Defendant Officer knowingly sought to and did in fact maliciously prosecute Plaintiff on charges for which they knew there was no probable cause.

34. Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officer performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

35. As a direct and proximate result of the malicious prosecution, Plaintiff was damaged, including the value of his lost liberty, exposure to public scandal and disgrace, damage to his reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, PARRIUS CLINTON, demands judgment against the Defendants, CITY OF CHICAGO and JACOB GARZA, Star #9349, for compensatory

damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

>Respectfully Submitted,
>
>**PARRIUS CLINTON**
>
>By:  s/ Jeanette Samuels
>   *One of Plaintiff's Attorneys*
>
>Jeanette Samuels
>SAMUELS & ASSOCIATES, LTD.
>53 West Jackson Blvd., Suite 831
>Chicago, Illinois 60604
>T: (872) 588-8726
>F: (872) 813-5256
>E: sam@chicivilrights.com